1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11
                                            ) Case No. 06-6445 CRB
12 IN RE: BEXTRA AND CELEBREX              )
   MARKETING SALES PRACTICES AND           ) MDL NO. 1699
13 PRODUCT LIABILITY LITIGATION            ) District Judge: Charles R. Breyer
                                            )
14 ─────────────────────────               )
                                            )
15 Elizabeth Mathai,                        )
                                            ) **STIPULATION AND ORDER OF**
16                    Plaintiffs,           ) **DISMISSAL WITH PREJUDICE**
                                            )
17          vs.                             )
                                            )
18 Pfizer Inc., et al.                      )
                                            )
19                    Defendants.           )
   ─────────────────────────               )
20
       Come now the Plaintiffs, Elizabeth Mathai, and Defendants, by and through the
21
   undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
22
   stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with
23
   each side bearing its own attorneys' fees and costs.
24

25

26     DATED: Jan. 12, 2010        MATTHEWS & ASSOCIATES

27                                 By: _____
                                       David P. Matthews
28                                     *Attorneys for Plaintiffs*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1 DATED: Jan. 12, 2010   DLA PIPER LLP (US)

2
3  By: _____
   Michelle W. Sadowsky
   *Attorneys for Defendants*
4
5
6
7 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
8
9 Dated: FEB 1 7 2010
   _____
   Hon. Charles R. Breyer
10   United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**